173 A.3d 601

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. ROBERT EARLY, DEFENDANT–PETITIONER.

C–314 Sept.Term 2017
079575

November 14, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–004743–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.